1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON KINSFATHER,

9                            Plaintiff,

10              v.

11   PIERCE COUNTY *et* al.,

12                            Defendants.

CASE NO.  C09-5129RBL/JRC

ORDER GRANTING
PLAINTIFF'S MOTION FOR
CLARIFICATION

13

14          This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge

15   pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules

16   MJR 1, MJR 3, and MJR 4.  Before the Court is plaintiff's motion for clarification (Dkt. # 28).

17   Plaintiff wishes to know if the only remaining defendant is Mr. Morales or if Mr. Morales and

18   the Pierce County Sheriff's Office remain in the case as defendants.

19

20          For purposes of addressing Plaintiff's motion, the Court clarifies its previous order by

21   stating that the only remaining defendant is Mr. Morales.  The Clerk is directed to send a copy of

22   this Order to plaintiff.

23          DATED this 16th day of September, 2009.

24

25

26

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1