UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON KINSFATHER,<br><br>                     Plaintiff,<br>    v.<br><br>PIERCE COUNTY et al.,<br><br>                     Defendants. | No. **09-5129RBL/JRC**<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Morales has not been served and it had been over 250 days since the commencement of this action. The action is **DISMISSED WITHOUT PREJUDICE** as to this defendant.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Richard Creatura and close this file.

DATED this 11th day of December, 2009.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1