AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON KINSFATHER

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY, et al.,

CASE NUMBER: C09-5129RBL/JRC

  ☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant Morales has not been served and it had been over 250 days since the commencement of this action. The action is **DISMISSED WITHOUT PREJUDICE** as to this defendant.

| | |
|---|---|
| December 14, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |